NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LADAMAIN LAMAR ISOM,           )
DOC # S18550,                  )
                               )
        Appellant,             )
                               )
v.                             )        Case No. 2D20-947
                               )
STATE OF FLORIDA,              )
                               )
        Appellee.              )
_____)

Opinion filed September 2, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Frederick P. Mercurio,
Judge.

Ladamain Lamar Isom, pro se.

PER CURIAM.


                Affirmed.


VILLANTI, LaROSE, and SMITH, JJ., Concur.